IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAVAR CHARLES MURPHY,

    Plaintiff,

v.                                                                           4:23cv190–WS/MAF

C. ROCA, et al.,

    Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 12) docketed June 13, 2023. The magistrate judge recommends that this case be dismissed for pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) based on Plaintiff's affirmative misrepresentations relating to his litigation history. In response, Plaintiff has filed a "Motion Objecting the Judges Decision" (ECF No. 13) and a "Motion – Direct Notice of Appeal" (ECF No. 14),[1] neither of which

---

[1] The undersigned has construed ECF No. 14 as an appeal to the district court and *not* as a premature appeal to the Eleventh Circuit. If Plaintiff wishes to appeal this order adopting the magistrate judge's report and recommendation, he must file a proper Notice of Appeal pursuant to Appellate Rules 3 and 4.

provides any basis for rejecting the magistrate judge's report and recommendation.

The undersigned has reviewed the record and has determined that the case should be dismissed as recommended by the magistrate judge. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 12) is ADOPTED and incorporated by reference into this order.

2. This cause is DISMISSED without prejudice as malicious pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) because Plaintiff made affirmative misrepresentations in his complaints relating to his litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i).

DONE AND ORDERED this ___6th___ day of ___July___, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE